# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 19, 2015

Lyle W. Cayce
Clerk

No. 15-30204
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SCOTTRON CORDELL MEDLOCK,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:14-CR-113-1

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Scottron Cordell Medlock appeals the sentence imposed following his guilty plea conviction for distribution of methamphetamine. The district court sentenced Medlock to 188 months of imprisonment, to run consecutively to a 10-year state sentence, and four years of supervised release. Medlock contends that the district court's imposition of a consecutive sentence is substantively

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30204

unreasonable because it is greater than necessary to achieve the 18 U.S.C. § 3553(a) factors.

The consecutive nature of Medlock's sentence is entitled to a presumption of reasonableness. *See United States v. Candia*, 454 F.3d 468, 473 (5th Cir. 2006). The district court was aware of the mitigating circumstances offered by Medlock and explicitly took some of them into account in selecting the sentence. However, in imposing a consecutive sentence, the district court gave more weight to Medlock's personal and criminal history and characteristics. Medlock's "belief that the mitigating factors presented for the court's consideration should have been balanced differently is insufficient to disturb this presumption." *United States v. Alvarado*, 691 F.3d 592, 597 (5th Cir. 2012).

The judgment of the district court is AFFIRMED.